**Order entered September 4, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00057-CR**

**LESLIE ROBERT SCHULZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-83859-2018**

**ORDER**

Before the Court is the State's September 1, 2020 second motion to extend

the time to file its brief. The State tendered its brief with the motion. We **GRANT**

the motion and **ORDER** the State's brief filed as of the date of this order.


/s/    LANA MYERS
        JUSTICE